**Form to be used by a prisoner filing a civil rights complaint under**
**THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

RECEIVED

## UNITED STATES DISTRICT COURT
### _____DISTRICT OF LOUISIANA

DEC - 9 2021

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Herbert Joseph Montgomery III 627908          **21-cv-4244**
**Full Name of Plaintiff, Prisoner Number**          **Civil Action**

**VS.**                                               **Judge**

CAPT. KELLY JACKSON Parish Correctional
**Defendant**                                         **Magistrate Judge**

## COMPLAINT

**I.   Previous Lawsuits**

   A.   Have you begun any other lawsuit while incarcerated or detained in any facility?
        Yes ▆▆▆     (No) [ ✓ ]

   B.   If your answer to the preceding question is yes, provide the following information.

        1.   State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

             ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ THE WESTERN
             DISTRICT OF LOUISIANA ▆▆▆▆▆

        2.   Name the parties to the previous lawsuit(s):

             Plaintiffs:   Herbert J Montgomery III

             Defendants:   CAPT. KELLY SEG - WOMACK WARDEN JACKSON Parish

        3.   Docket number(s): _____

        4.   Date(s) on which each lawsuit was filed: _____

        5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

             PLAINTIFF, THE CASE STILL PENDING HABEAS CORPUS

2

C.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☑

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.  A.  **Name of institution and address of current place of confinement:** HUNTS Correction\ 6924 Hwy 74 St. Gabriel LA 70776 ~~MADISon Correctⁱⁿ 158 TreaTMENT ROAD TALLⁱAH LA~~ ~~Correctiont~~ ~~█████████~~

B.  Is there a prison grievance procedure in this institution?

Yes ☑    No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☑    No ☐

If Yes, what is the Administrative Remedy Procedure  number? _____

2.  If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.  If you filed an administrative grievance, answer the following question.

What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

FILED STEP 3 DECISION FILED 1993 INSTRUCTIONS GRIEVANCE PROCEDURE

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

3

A. Name of Plaintiff HERBERT JOSEPH MONTGOMERY III

Address 158 Treatment Road TALLULAH LA 76282

B. Defendant, WARDEN _____, is employed as

WARDEN _____ at Jackson Parish ████████.
                                        Correction

Defendant, CAPT. KELLY _____, is employed as

CAPT. SHERIFF _____ at Jackson Parish Correction

Defendant, _____, is employed as

_____ at _____.

Additional defendants ████████ SEG. WOMACK

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Co worker Jackson Parish temple Problem Capt. Kelly Allow It by the Shower by lockdown cell in lockdown cell. Placed without unlegal ████████ Circumstances

4

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

LAWYER RIGHT WERE VIOLATE GRIEVANCE CHECK seeks Moretary relief Constitution rights violated restrict. ~~Video~~ Video while in ~~Police Brutality~~ Police Brutality Im Deem INFIRMED Indigent defender.

## VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 25 day of Nov. ,2021 .

_____
Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

Herbert Montgomery

5/97

5

I declare under penalty of perjury that I have submitted above a complete statement of all of the assets that I possess and that all of the information set out above is true and correct.

Executed on  11-25-2021
            (Date)

_____
(Signature of Applicant)

## AUTHORIZATION

I, HERBERT J. Montgomery III prisoner/INS detainee identification number 627908,

request and authorize the institution holding me in custody, to send to the Clerk of Court for the United States District Court, Western District of Louisiana, a certified copy of the statement for the last six months of my account at the institution where I am incarcerated and/or detained. If required by this court, I further authorize the institution holding me to forward from my account to the Clerk of Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of this complaint or petition. Thereafter, if I am a prisoner and not an INS detainee,  I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account to the Clerk of Court each time my balance exceeds $10.00 until I have paid the filing fee in full.

6

This authorization is furnished in connection with the commencement of a civil action, and I understand that the total amount of filing fees for which I am obligated is $350.00. I also understand if I am a prisoner and not an INS detainee that these fees will be debited from my account regardless of the outcome of my civil action. This authorization shall apply to any other institution into whose custody I may be transferred.

I further acknowledge that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of an inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Dated: 11-25-2021

_Signature of Prisoner_

**CERTIFICATE**

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the below financial certificate. I understand that:

(1) if I commence a petition for Writ of Habeas Corpus in federal court pursuant to 28 U.S.C. §2254 or 28 U.S.C. §2241, the filing fee is $5.00, and such fee will have to be paid by me.

(2) if I file a civil action with this court (such as an action pursuant to 42 U.S.C. §1983) the filing fee is $350.00, and, that:

(a) if my current account balance at the institution is $350.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $350.00 before I will be allowed to proceed with the action; 100000 10000000 1.5 Billion Company and Contractor

(b) if my current account balance at the institution is $350.00 or less and I am a prisoner and not an INS detainee, that before the action will be served on the defendants, I will be required to pay 20 percent of my average monthly balance, or the average monthly deposits to my account, whichever is greater. Thereafter I must pay installments of 20 percent of the preceding month's deposits to my account in months that my account balance exceeds $10.00, and I hereby authorize the institution where I am confined to make such deductions. I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

(c) if my current account balance at the institution is $350.00 or less and I am an INS detainee granted IFP status, I will not pay any of the $350.00 filing fee in a civil matter and will only pay $5.00 in a habeas matter. If I am an INS detainee and I am denied IFP status, I must pay the full $350.00 filing fee.

(3) I further state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member or any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

11-25-2021
**Date**

HERBER T MONTGOMERY III
**Printed Name of Applicant**

627908
**Signature and Prison Number of**
**Applicant**

627908

8