

RECEIVED

JAN 1 3 2022

WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

*(Rev. 12/8/2020)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**HERBERT JOSEPH MONTGOMERY III**
**#627908**

**CASE NO.  3:21-CV-04244 SEC P**

**VERSUS**

**JUDGE TERRY A. DOUGHTY**

**CAPT KELLY ET AL**

**MAG. JUDGE KAYLA D. MCCLUSKY**

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

**I.    Previous Lawsuits**

a.  Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ☐    No ☑

b.  If your answer to the preceding question is "Yes," provide the following information.

1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

    _____

    _____

2.  Name the parties to the previous lawsuit(s):

    Plaintiffs: _____

    Defendants: _____

3.  Docket number(s): _____

4.  Date(s) on which each lawsuit was filed: _____

5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

    _____

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐    No ☑

(Rev. 12/8/2020)

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a.   **Name of institution and address of current place of confinement:**

JACKSON ~~███████~~ EHCC PO BOX 174 St. Gabriel, LA 70776
PARISH CORRECTIONAL CENTER

   b.   Is there a prison grievance procedure in this institution?
   Yes ☐   No ☑

   1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☐ No ~~███~~  No I'd file based of ~~███~~ upon the facts basis of this lawsuit

   If "Yes," what is the Administrative Remedy Procedure number?

   _____

   2.   If you did not file an administrative grievance, explain why you have not done so.
   ~~███████████████████████████████████████~~

   _____

   3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

   ~~████████ ████ ██ ████ ██ ████~~

   ~~██~~ Through to step 3 of the administrative grievance procedure by appealing to the secretary of the Louisiana Departme

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.   of Public safety and corrections. It was denyed.

III.   **Parties to Current Lawsuit:**

   a.   Name of Plaintiff: ~~██ ████~~ Herbert Montgomery III

(Rev. 12/8/2020)

Address: ELICC PoBox 174 St. Gabriel, LA 70776

b. Defendant, Seg WomACK _____, is employed as

SEG. _____ at JPCC _____.

Defendant, CAPT. Kelly _____, is employed as

CAPT. _____ at JPCC _____.

Defendant, UNKNOWN _____, is employed as

~~████~~ GUARD _____ at JPCC _____.

Additional defendants: WARDEN OF JPCC

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Mace 30 min over 3sec. at time Womack and CAPT. Kelly punch on me. Skin Peeled of my face around my eyes Another guard ~~███~~ came in to the lockdown cell slam me out the top Jack I m deen INFIRM. WARDEN, I L write A Grievance to him. It did happen at JPCC shower Area I was Housed as an Inmate incidents happen Oct. 2017 Police brutality. Amend Relief on going act Jackson Parish guards M/8th Amendment Rights.

*(Rev. 12/8/2020)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

100000 1000000 10000000 1.5 Billion  FREE INSTITUTION  10Thousands  50Thousands

Company Contractor  AND DEF.

Also Record Label  Two STORY HOUSE MANSION HOME

Hell CAt

Benz G wagon 550 OR BENZ GLX8 Three Thousand dollars

75Thousands Company Contractor

$1 MILLION

AMEND Relief
Request Mandatory relief

**VI.    Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __10__ day of __JAN.__ , 20__22__.

__627908__

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

__Herbert Montgomery__

**Signature of Plaintiff**