# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **HERBERT JOSEPH MONTGOMERY, III** | **CIVIL ACTION NO. 21-4244** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CAPTAIN KELLY, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Herbert Joseph Montgomery, III's claims are **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointed counsel, [Doc. No. 5], is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 9th day of March 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE